DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
REBECCA A. BERS, State Bar #287111
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4224
Facsimile:    (415) 554-3837
E-Mail:        rebecca.bers@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JAN GUESS, VICKY HENNESSY, ALBERT
WATERS II, AND WILLIAM SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENDRA STAEDLER, | Case No. 3:17-cv-7252 |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT** (Pursuant to 28 U.S.C. § 1441(b) (Federal Question)) |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; JAN GUESS; SHERIFF VICKY HENNESSY; ALBERT WATERS II; CHIEF OF POLICE WILLIAM SCOTT and DOES 1-100, | Trial Date:         Not set. |
| Defendants. | |

**TO:    CLERK OF THE ABOVE-ENTITLED COURT, TO PLAINTIFF AND TO PLAINTIFF'S ATTORNEY OF RECORD:**

NOTICE IS HEREBY GIVEN that CITY AND COUNTY OF SAN FRANCISCO, JAN GUESS; SHERIFF VICKY HENNESSY; ALBERT WATERS II and CHIEF OF POLICE WILLIAM SCOTT ("defendants"), named as defendants in the above-captioned action, No. CGC-17-562278, in the files and records of the Superior Court in and for the City and County of San Francisco, Jan Guess;

Notice of Removal
CASE NO. **3:17-cv-7252**

1

n:\lit\li2017\180588\01240869.docx

Sheriff Vicky Hennessy; Albert Waters II and Chief of Police William Scott, hereby file in the United States District Court for the Northern District of California a Notice of Removal of said action to the said United States District Court, pursuant to 28 U.S.C. §§1441 and 1446, and are filing in said Superior Court a Notice of Removal.

Defendants, pursuant to 28 U.S.C. §§1441 and 1446, present the following facts to the Judges of the United States District Court for the Northern District of California:

A civil action bearing the above-caption was commenced in the Superior Court of California, in and for the City and County of San Francisco, Action No. CGC-17-562278, on November 2, 2017, and is pending therein. The summons and complaint was served on the City on November 22, 2017.

The Complaint in said pending action includes allegations brought under 42 U.S.C. § 1983 that the named Defendants violated the civil rights of Plaintiff.

This action may properly be removed to this Court pursuant to 28 U.S.C. §1441, for the reason that Plaintiff's complaint alleges a violation of laws of the United States.

To the extent that Plaintiff's complaint alleges a claim or cause of action other than violations of rights under the laws of the United States, said cause(s) of action may be removed and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

Pursuant to 28 U.S.C. §1446(b), a copy of the following documents are attached:

1. The Summons and Complaint are hereto attached as Exhibit A.

2. Defendants' Answer to Complaint and Jury Trial Demand is hereto attached as Exhibit B.

Venue in this district is proper under 28 U.S.C. § 1441 because this District includes the California Superior Court for San Francisco County, the forum in which the removed action was pending.

Defendants will promptly file a Notice of this Removal with the Clerk of the Superior Court for San Francisco County and serve the Notice on all parties.

/ / /

/ / /

/ / /

Notice of Removal
CASE NO. **3:17-cv-7252**

2

n:\lit\li2017\180588\01240869.docx

WHEREFORE, Defendants pray that the above action now pending in the Superior Court of the State of California in and for the City and County of San Francisco be removed in its entirety to this Court for all further proceedings, pursuant to 28 U.S.C. §1441, et. seq.

Dated:  December 21, 2017

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
REBECCA A. BERS
Deputy City Attorney


By: _/s/  Rebecca A. Bers_
REBECCA A. BERS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JAN GUESS, VICKY HENNESSY, ALBERT
WATERS II, AND WILLIAM SCOTT

## PROOF OF SERVICE

I, SOPHIA GARCIA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On December 21, 2017, I served the following document:

### NOTICE OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT

### (Pursuant to 28 U.S.C. § 1441(b))

### (Federal Question))

### CIVIL CASE COVER SHEET

### EXHIBIT A

### EXHIBIT B

on the following persons at the locations specified:

David C. Anderson
Andrew C. Ratto
Anderson Law
55 Francisco Street, Suite 403
San Francisco, CA 94133
Telephone:  415-395-9898
Fax:  415-395-9839
E-Mail:  david@dcandersonlaw.com
E-Mail:  andrew@dcandersonlaw.com

in the manner indicated below:

☒    **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 21, 2017, at San Francisco, California.

/s/  Sophia Garcia
SOPHIA GARCIA

Notice of Removal
CASE NO.  **3:17-cv-7252**

4

n:\lit\li2017\180588\01240869.docx